JS-6

James R. Hawkins, Esq. SBN 192925
Isandra Fernandez, Esq. SBN 220482
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL: (949) 387-7200
FAX: (949) 387-6676

Attorneys for Plaintiff, MARTIN SANCHEZ-HERNANDEZ, and on behalf of all others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SANCHEZ-HERNANDEZ, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENT-A-CENTER WEST, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:20-CV-01759-JGB-(KKx)<br>Assigned to: Hon. Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to the stipulation of the Parties in the above-captioned matter, the Court hereby orders that Plaintiff Martin Sanchez-Hernandez's ("Plaintiff") individual claims against Defendant Rent-A-Center West, Inc., ("Defendant") are dismissed with prejudice and the class action claims against Defendant are dismissed without prejudice. Each party to bear their own attorney fees and costs.

**IT IS SO ORDERED**

Dated: March 19, 2021    By: _____
Honorable Jesus G. Bernal
United States District Judge